UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Bruce Patridge, | File No. 22-cv-2104 (ECT/LIB) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| The State of Minnesota; Beltrami County; Sheriff Department; Calandra Allen, *County Administrator*; Erni Bictal, *Sheriff*; Jonothan J. Melby, *Judge*; David Hansen, *Baltrami County District Attorney*; Symon Schendlersocn; Ninth Judicial District; and MN State Circuit Court. | |
| Respondents. | |

---

Magistrate Judge Leo I. Brisbois issued a Report and Recommendation on November 29, 2022. ECF No. 11. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 11] is **ACCEPTED**.

2. This case is **DISMISSED WITHOUT PREJUDICE** for failure to Prosecute.

3. Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs [ECF No. 6] is **DENIED** as moot.

4.      No certificate of appealability be issued.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  December 22, 2022              s/ Eric C. Tostrud
                                       Eric C. Tostrud
                                       United States District Court